Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA MANNING, | ) Case No. |
| | ) |
| | ) 5:24-cv-01071-ODW-E |
| Plaintiff, | ) |
| | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| | ) |
| WIELAND METAL SERVICES, LLC; | ) |
| DOES 1-100, INCLUSIVE, | ) |
| | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF, by and through his attorney, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this

matter until fully resolved.

Dated: May 23, 2025

          LAW OFFICES OF TODD M. FRIEDMAN, P.C.

          By:   /s/ Todd M. Friedman
                Todd M. Friedman
                Law Offices of Todd M. Friedman, P.C.
                Attorney for Plaintiff

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On May 23, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on May 23, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiffs