JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSHUA MANNING,<br><br>     Plaintiff,<br><br>-vs-<br><br>WIELAND METAL SERVICES, LLC;<br>DOES 1-10 inclusive,<br><br>     Defendants. | Case № 5:24-cv-01071-ODW (Ex)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

      The Court, having considered the parties' Joint Stipulation to Dismiss With Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

      **IT IS SO ORDERED.**

      June 6, 2025

      _____
      **OTIS D. WRIGHT, II**
      **UNITED STATES DISTRICT JUDGE**